# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHRAM QADERI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 2:24-cv-00277-MEMF-JC<br><br>*District Judge: Hon. Maame Ewusi-Mensah Frimpong*<br>*Magistrate Judge: Hon. Jacqueline Choolijian*<br><br>**ORDER OF DISMISSAL** |

ORDER OF DISMISSAL

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: ___Jan. 16, 2026___

By: _____
Hon. Maame Ewusi-Mensah Frimpong
United States District Judge